NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD L. BASKIN, DOC #Y29801,                )
                                               )
            Appellant,                         )
                                               )
v.                                             )          Case No. 2D17-4439
                                               )
STATE OF FLORIDA,                              )
                                               )
            Appellee.                          )
_____              )

Opinion filed September 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Lee County; Bruce E. Kyle, Judge.

Edward L. Baskin, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.